| | |
|---|---|
| 1 | TOMAS E. MARGAIN, Bar No. 193555 |
| | DAL BON & MARGAIN APC |
| | 28 NORTH 1ST SUITE 700 |
| 2 | SAN JOSE, CA 95113 |
| | TEL (408) 297-4729 |
| 3 | FAX (408) 297-4728 |
| | margainlaw@hotmail.com |
| 4 | |
| | Attorneys for Plaintiff |
| 5 | |
| | James Smith (SBN 190050) |
| 6 | SMITH LILLIS PITHA LLP |
| | 400 Montgomery Street, Suite 501 |
| 7 | San Francisco, California  94104 |
| | Telephone:     (415) 814-0405 |
| 8 | Facsimile:     (415) 217-7011 |
| 9 | jsmith@slplawfirm.com |
| 10 | Attorneys for Defendants |
| | ROBERT FRITZ, ANIMAL NATURALS, INC., |
| 11 | AND PRIMAL FOODS, LLC |

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO RIOS | Case No.: C 11-01536 EMC |
| Plaintiff | **STIPULATION TO DISMISS WITH PREJUDICE; COURT TO RETAIN JURISDICTION TO ENFORCE PAYMENT AGREEMENT**  ; ORDER |
| v. | |
| ROBERT FRITZ; ANIMAL NATURALS, INC.; and PRIMAL FOODS, LLC | |

THE PARTIES THROUGH THEIR ATTORNEYS OF RECORD HEREBY STIPULATE AS FOLLOWS:

   1.     The matter has fully settled.  The parties have executed a written settlement

- 1 -

STIPULATION AND ORDER

agreement settling all claims made in the Complaint.

2. The parties stipulate that this matter be dismissed with prejudice.

3. The terms of the settlement agreement call for all payments to be made within 60 days to pay all consideration for the settlement.

4. The parties request that the Court retain jurisdiction until November 8, 2011 in the event the payment is not made.

IT IS SO STIPULATED

**FOR PLAINTIFF**                     **DAL BON & MARGAIN**

DATED:     August    , 2011           By:  //s// Tomas E. Margain
                                           **Tomas E. Margain**

**FOR DEFENDANTS**                    **SMITH LILLIS PITHA LLP**

DATED:                                By:  //s// James Smith
                                           **James Smith**

**ORDER**

Based on the stipulation of counsel and good cause shown, this matter is dismissed with prejudice. All deadlines are hereby terminated. The parties have reached a settlement through counsel. The Court retains jurisdiction to enforce the terms of the payment provision of the settlement until November 8, 2011. At that time, the Court directs the clerk to close the file.

This Order is without waiving the ability of any party to move to enforce other provisions of the settlement agreement if there is a breach by separate legal proceedings.

    IT IS SO ORDERED.

Dated: August 11, 2011

By. 
Edward M.
United Stat

- 3 -

STIPULATION AND ORDER